# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Athena Catoe Lindsay, *Plaintiff* | ) ) |
| v. | ) Civil Action No. 6:17-cv-00051-MBS |
| Commissioner Social Security Administration, *Defendant* | ) ) ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the Commissioner's decision is affirmed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour.

Date: December 7, 2017

*ROBIN L. BLUME, CLERK OF COURT*

s/Ashley Buckingham, Deputy Clerk
*Signature of Clerk or Deputy Clerk*